IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSCAR GONZALEZ-AHUMADA,

    Defendant.

**8:15CR258**

**JUDGMENT**

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED that a judgment of dismissal is entered on the defendant's motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

Dated this 21st day of July, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge