IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>OSCAR GONZALEZ-AHUMADA,<br><br>               Defendant. | **8:15CR258**<br><br>**ORDER** |

This matter is before the court on the defendant's motion to reconsider, Filing No. 53, this court's memorandum and order, Filing No. 51. The motion to reconsider will be denied for the reasons set forth in the Memorandum and Order, Filing No. 51.

THEREFORE, IT IS ORDERED THAT defendant's motion to reconsider, Filing No. 53, is denied.

Dated this 20th day of September, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge